UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20386-CR-RUIZ/LOUIS

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 860
21 U.S.C. § 861(a)(1)-(2)
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853
21 U.S.C. § 924(d)(1)

FILED BY _____ *TS* _____ D.C.

**Aug 29, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

JOHN ROBERT STRAMA JR.,
        a/k/a "Jonn Robert Strama Jr.,"
RUSTY JOHN STIGLITZ,
DANIEL FERNANDO RAMIREZ,
DANIEL DELGADO,
        a/k/a "Danny Twin,"
        a/k/a "Danny The Twin,"
ORLANDO RENE GONZALEZ,
ALFRED MICHAEL NUNEZ,
ELVIS LAZARO RUIZ,
PEDRO LUIS LUGO JR.,
        a/k/a "Petey,"
NYRAN ANTONIO ROSS,
TYRELL LAMAR WILLIAMS,
LOUIS CHARLES ARVELO,
ANDREW HAMILL HUNT,
        a/k/a "Ace,"
KEVIN ANDREW YEIDER,
JOSE ENRIQUE OLIVO SANCHEZ,
KENYATTA SCOTT JR.,
MACARTHUR JUNIOR SHEPPARD,
ALBERTO RAVELO JR.,
ALLISON ANNMARIE THOMAS,
KIZMET YATZ QUALLS,
JAMES DEAN CHATELAIN,
MICHAEL DAVID CORBOSIERO,
MICHAEL JOSEPH RODAMER,
ROBERT ROY TAUTE JR.,
BAIRON ACEITUNO MACHADO,
LAZARO JESUS HERNANDEZ,
ANTHONY VELEZ LLANES, and
TYLER JAMESON MACMILLAN,

        Defendants.
_____

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Conspiracy to Distribute & Possess with the Intent to Distribute Cocaine**
**21 U.S.C. § 846**

Beginning at least as early as in and around 2020, and continuing through in and around December 2023, the exact dates being unknown to the Grand Jury, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JOHN ROBERT STRAMA JR.,**
**a/k/a "Jonn Robert Strama Jr.,"**
**RUSTY JOHN STIGLITZ,**
**DANIEL FERNANDO RAMIREZ,**
**DANIEL DELGADO,**
**a/k/a "Danny Twin,"**
**a/k/a "Danny The Twin,"**
**ORLANDO RENE GONZALEZ,**
**ALFRED MICHAEL NUNEZ,**
**ELVIS LAZARO RUIZ,**
**PEDRO LUIS LUGO JR.,**
**a/k/a "Petey,"**
**NYRAN ANTONIO ROSS,**
**TYRELL LAMAR WILLIAMS,**
**LOUIS CHARLES ARVELO,**
**ANDREW HAMILL HUNT,**
**a/k/a "Ace,"**
**KEVIN ANDREW YEIDER,**
**JOSE ENRIQUE OLIVO SANCHEZ,**
**KENYATTA SCOTT JR.,**
**MACARTHUR JUNIOR SHEPPARD,**
**ALBERTO RAVELO JR.,**
**ALLISON ANNMARIE THOMAS,**
**KIZMET YATZ QUALLS,**
**JAMES DEAN CHATELAIN,**
**MICHAEL DAVID CORBOSIERO,**
**MICHAEL JOSEPH RODAMER,**
**ROBERT ROY TAUTE JR.,**
**BAIRON ACEITUNO MACHADO,**
**LAZARO JESUS HERNANDEZ,**
**ANTHONY VELEZ LLANES, and**
**TYLER JAMESON MACMILLAN,**

2

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **JOHN ROBERT STRAMA JR. a/k/a "Jonn Robert Strama Jr.," RUSTY JOHN STIGLITZ, DANIEL FERNANDO RAMIREZ, DANIEL DELGADO a/k/a "Danny Twin," a/k/a "Danny The Twin," ORLANDO RENE GONZALEZ, ALFRED MICHAEL NUNEZ, ELVIS LAZARO RUIZ, PEDRO LUIS LUGO JR. a/k/a "Petey," NYRAN ANTONIO ROSS,** and **TYRELL LAMAR WILLIAMS,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **LOUIS CHARLES ARVELO, ANDREW HAMILL HUNT a/k/a "Ace," KEVIN ANDREW YEIDER, JOSE ENRIQUE OLIVO SANCHEZ, KENYATTA SCOTT JR., MACARTHUR JUNIOR SHEPPARD, ALBERTO RAVELO JR., ALLISON ANNMARIE THOMAS, KIZMET YATZ QUALLS,** and **JAMES DEAN CHATELAIN,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **MICHAEL DAVID CORBOSIERO, MICHAEL JOSEPH RODAMER, ROBERT ROY TAUTE JR., BAIRON ACEITUNO MACHADO, LAZARO JESUS HERNANDEZ, ANTHONY VELEZ LLANES,** and **TYLER JAMESON MACMILLAN,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2
### Distribution of Cocaine within 1,000 Feet of a Playground
### 21 U.S.C. § 860

On or about September 8, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### NYRAN ANTONIO ROSS and
### MACARTHUR JUNIOR SHEPPARD,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, within one thousand (1,000) feet of the real property comprising a playground, that is, Loren Roberts Park, 545 NW 6th Avenue, Florida City, Florida, 33034, in violation of Title 21, United States Code, Section 860.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
### Distribution of Cocaine
### 21 U.S.C. § 841(a)(1)

On or about September 8, 2021, in Homestead, Florida, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### NYRAN ANTONIO ROSS and
### MACARTHUR JUNIOR SHEPPARD,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 4
### Distribution of Cocaine within 1,000 Feet of a Playground
### 21 U.S.C. § 860

On or about October 5, 2022, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

### NYRAN ANTONIO ROSS,
### TYRELL LAMAR WILLIAMS, and
### KENYATTA SCOTT JR.,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, within one thousand (1,000) feet of the real property comprising a playground, that is, Marathon Community Park, 200 36th Street, Marathon, Florida, 33050, in violation of Title 21, United States Code, Section 860.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 5
**Distribution of Cocaine within 1,000 Feet of a Playground**
**21 U.S.C. § 860**

On or about December 5, 2022, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**NYRAN ANTONIO ROSS and**
**TYRELL LAMAR WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, within one thousand (1,000) feet of the real property comprising a playground, that is, Marathon Community Park, 200 36th Street, Marathon, Florida, 33050, in violation of Title 21, United States Code, Section 860.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 6
**Distribution of Cocaine within 1,000 Feet of a Playground**
**21 U.S.C. § 860**

On or about January 30, 2023, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**NYRAN ANTONIO ROSS and**
**TYRELL LAMAR WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, within one thousand

(1,000) feet of the real property comprising a playground, that is, Marathon Community Park, 200 36th Street, Marathon, Florida, 33050, in violation of Title 21, United States Code, Section 860.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**COUNT 7**
**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1)**

On or about April 4, 2023, in Miami-Dade-County, in the Southern District of Florida, and elsewhere, the defendants,

**ORLANDO RENE GONZALEZ and**
**ALFRED MICHAEL NUNEZ,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**COUNT 8**
**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1)**

On or about July 1, 2023, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL FERNANDO RAMIREZ,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 9
### Distribution of Cocaine
### 21 U.S.C. § 841(a)(1)

On or about August 18, 2023, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**JOHN ROBERT STRAMA JR.,**
**a/k/a "Jonn Robert Strama Jr.," and**
**RUSTY JOHN STIGLITZ,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 10
### Distribution of Cocaine
### 21 U.S.C. § 841(a)(1)

On or about September 29, 2023, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**JOHN ROBERT STRAMA JR.,**
**a/k/a "Jonn Robert Strama Jr.,"**
**RUSTY JOHN STIGLITZ, and**
**JAMES DEAN CHATELAIN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 11
**Use of a Minor to Engage in Drug Trafficking & Avoid Detection and Apprehension**
**21 U.S.C. § 861(a)(1)-(2)**

Beginning no later than September 2023, and continuing through November 2023, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN ROBERT STRAMA JR.,**
**a/k/a "Jonn Robert Strama Jr.,"**

a person at least eighteen years of age, did knowingly and intentionally employ, hire, persuade, induce, entice, and coerce a person under eighteen years of age to violate Title 21, United States Code, Sections 846 and 841(a)(1), including as charged in Count 1 of this Indictment, and did knowingly and intentionally employ, hire, persuade, induce, entice, and coerce a person under eighteen years of age to assist in avoiding detection and apprehension for any offense under Title 21, United States Code, Sections 846 and 841(a)(1), including as charged in Count 1 of this Indictment, by any Federal, State, and local law enforcement official, all in violation of Title 21, United States Code, Sections 861(a)(1)-(2) and (b) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 861(d)(2), it is further alleged a person that was employed, hired, and used was fourteen years of age or younger.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 12
### Possession of a Firearm as a Previously Convicted Felon
### 18 U.S.C. § 922(g)(1)

Beginning on or about November 29, 2019, and continuing through on or about December 1, 2019, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

### JOHN ROBERT STRAMA JR.,
### a/k/a "Jonn Robert Strama Jr.,"

did knowingly possess a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT 13
### Possession of Ammunition as a Previously Convicted Felon
### 18 U.S.C. § 922(g)(1)

On or about December 1, 2023, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

### JOHN ROBERT STRAMA JR.,
### a/k/a "Jonn Robert Strama Jr.,"

did knowingly possess ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

### FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **JOHN ROBERT STRAMA JR., a/k/a "Jonn Robert Strama Jr.," RUSTY JOHN STIGLITZ, DANIEL FERNANDO RAMIREZ, DANIEL DELGADO, a/k/a "Danny Twin," a/k/a "Danny The Twin," ORLANDO RENE GONZALEZ, ALFRED MICHAEL NUNEZ, ELVIS LAZARO RUIZ, PEDRO LUIS**

LUGO JR., a/k/a "Petey," NYRAN ANTONIO ROSS, TYRELL LAMAR WILLIAMS, LOUIS CHARLES ARVELO, ANDREW HAMILL HUNT, a/k/a "Ace," KEVIN ANDREW YEIDER, JOSE ENRIQUE OLIVO SANCHEZ, KENYATTA SCOTT JR., MACARTHUR JUNIOR SHEPPARD, ALBERTO RAVELO JR., ALLISON ANNMARIE THOMAS, KIZMET YATZ QUALLS, JAMES DEAN CHATELAIN, MICHAEL DAVID CORBOSIERO, MICHAEL JOSEPH RODAMER, ROBERT ROY TAUTE JR., BAIRON ACEITUNO MACHADO, LAZARO JESUS HERNANDEZ, ANTHONY VELEZ LLANES, and TYLER JAMESON MACMILLAN, have an interest.

2.     Upon conviction of a violation of, or a conspiracy to commit a violation of, Title 21, United States Code, Sections 841, 846, 860, and 861, as alleged in this Indictment, the defendants so convicted shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense, pursuant to Title 21, United States Code, Section 853.

3.     The property subject to forfeiture as a result of the alleged offenses in violation of Title 21, United States Code, Sections 841, 846, and 861, includes, but is not limited to, the following:

(i)     Real property located at 311 Stirrup Key Blvd., Marathon, Florida 33050;

(ii)    A 2012 39' Ram Investments of South Florida SeaVee Vessel with Motors (Hull Identification Number: SXJ01461H213) & Trailer;

(iii)   A 2004 39' Marine Technology Inc. Super Beast Speed Boat with Motors (Hull Identification Number: VIC39129L304);

(iv)    A 2022 Yahama Jet Ski (Hull Identification Number: YAMA2261C222) and Trailer (VIN: 7KJA4BG18NA020971);

(v)     2021 Yamaha 11' Vessel Watercraft (Hull Identification Number: YAMA3057C121);

(vi)    Real property located at 441 Avenue A, Key West, Florida 33040;

(vii)   2005 White Ford Truck (VIN: VIN 1FTRF12225NA64934); and

(viii)  Real property located at 3965 Louisa Street, Marathon, Florida 33050.

4.      Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States any firearm and ammunition involved in or used in the commission such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    **CASE NO.:** _____

**v.**

JOHN ROBERT STRAMA JR.,                         **CERTIFICATE OF TRIAL ATTORNEY**
a/k/a "Jonn Robert Strama Jr.," et al.,
_____/
       Defendants.                              **Superseding Case Information:**

                                                New Defendant(s) (Yes or No) _____
**Court Division** (select one)                 Number of New Defendants _____
  ☒ Miami   ☐ Key West   ☐ FTP          Total number of new counts _____
  ☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __20__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☐  0 to  5 days                ☐ Petty
   II   ☐  6 to 10 days                ☐ Minor
   III  ☒ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____

Sean T. McLaughlin
Assistant United States Attorney
Court ID No.       A5501121

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  JOHN ROBERT STRAMA JR., a/k/a "Jonn Robert Strama Jr.**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

Counts #: 9 & 10

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

Count #: 11

Use of a minor to engage in drug trafficking & avoid detection and apprehension

Title 21, United States Code, Section 861(a)(1)-(2)
* **Max. Term of Imprisonment: 80 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

Counts #: 12 & 13

Possession of a firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1)
* **Max. Term of Imprisonment: 15 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: 10,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  RUSTY JOHN STIGLITZ**

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

Counts #: 9 & 10

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

Defendant's Name:  **DANIEL FERNANDO RAMIREZ**

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

Count #: 8

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  DANIEL DELGADO, a/k/a "Danny Twin," "Danny The Twin"**

**Case No:** _____

**Count #: 1**

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  ORLANDO RENE GONZALEZ**

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

Count #: 7

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   ALFRED MICHAEL NUNEZ**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

Count #: 7

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  ELVIS LAZARO RUIZ** _____

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to life**
* **Max. Fine:   $10,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:  **PEDRO LUIS LUGO JR., a/k/a "Petey"**

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to life**
* **Max. Fine:   $10,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  NYRAN ANTONIO ROSS** _____

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

Counts #: 2, 4, and 5

Distribution of cocaine within 1,000 feet of a playground

Title 21, United States Code, Section 860
* **Max. Term of Imprisonment: 80 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $10,000,000.00**

Count #: 3

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

Count #: 6

Distribution of cocaine within 1,000 feet of a playground

Title 21, United States Code, Section 860
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 1 year Imprisonment**
* **Max. Supervised Release: 5 years**
* **Max. Fine:   $2,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  TYRELL LAMAR WILLIAMS**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' Imprisonment**
* **Max. Supervised Release: 5 years to Life**
* **Max. Fine:   $10,000,000.00**

Counts #: 4 and 5

Distribution of cocaine within 1,000 feet of a playground

Title 21, United States Code, Section 860
* **Max. Term of Imprisonment: 80 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $10,000,000.00**

Count #: 6

Distribution of cocaine within 1,000 feet of a playground

Title 21, United States Code, Section 860
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 1 year Imprisonment**
* **Max. Supervised Release: 5 years**
* **Max. Fine:   $2,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  LOUIS CHARLES ARVELO**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

Defendant's Name:  <u>**ANDREW HAMILL HUNT, a/k/a "Ace"**</u>

Case No: _____

Count #: 1

<u>Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine</u>

<u>Title 21, United States Code, Section 846</u>
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  KEVIN ANDREW YEIDER**

**Case No:**

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   JOSE ENRIQUE OLIVO SANCHEZ**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:  KENYATTA SCOTT JR.**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

Count #: 4

Distribution of cocaine within 1,000 feet of a playground

Title 21, United States Code, Section 860
* **Max. Term of Imprisonment: 80 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $10,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  MACARTHUR JUNIOR SHEPPARD**

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

Count #: 2

Distribution of cocaine within 1,000 feet of a playground

Title 21, United States Code, Section 860
* **Max. Term of Imprisonment: 80 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $10,000,000.00**

Count #: 3

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  ALBERTO RAVELO JR.**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

Defendant's Name:  <u>**ALLISON ANNMARIE THOMAS**</u>

Case No: _____

Count #: 1

<u>Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine</u>

<u>Title 21, United States Code, Section 846</u>
\* **Max. Term of Imprisonment: 40 Years' Imprisonment**
\* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
\* **Max. Supervised Release: 4 years to life**
\* **Max. Fine:   $5,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  KIZMET YATZ QUALLS**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:  JAMES DEAN CHATELAIN**

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 40 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years' Imprisonment**
* **Max. Supervised Release: 4 years to life**
* **Max. Fine:   $5,000,000.00**

Count #: 10

Distribution of cocaine

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  MICHAEL DAVID CORBOSIERO** _____

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute cocaine _____

Title 21, United States Code, Section 846 _____
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **MICHAEL JOSEPH RODAMER**

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:  <u>ROBERT ROY TAUTE JR.</u>**

**Case No:** _____

Count #: 1

<u>Conspiracy to distribute and possess with intent to distribute cocaine</u>

<u>Title 21, United States Code, Section 846</u>
**\* Max. Term of Imprisonment: 20 Years' Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: 3 years to life**
**\* Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** __BAIRON ACEITUNO MACHADO__

**Case No:** _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **LAZARO JESUS HERNANDEZ**

Case No:

Count #: 1

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **ANTHONY VELEZ LLANES**

**Case No:**

Count #: 1

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __TYLER JAMESON MACMILLAN__

Case No: _____

Count #: 1

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment: 20 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years to life**
* **Max. Fine:   $1,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**